UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff<br>vs.<br>Barraza, et al<br>     Defendant(s) | CRIMINAL NO. 08mj1083<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Roberto Aguilar-Perez

DATED: 4/18/2008

**RUBEN B. BROOKS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
                 DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
     Deputy Clerk