UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>Barraza, et al<br><br>　　　　Defendant(s) | CRIMINAL NO. 08mj1083<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

Rogelio Oplea-Mendoza

DATED: 4/18/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk
　　by
　　　　Deputy Clerk